# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 24-40181 |
| | ) | |
| **TENEISHA LAGUAN GIBSON,** | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

## DEBTOR'S CHANGE OF ADDRESS

Updated address(es) for:    **TENEISHA LAGUAN GIBSON**

Physical Address:    302 East 14th Street
Rome, Georgia 30161

Mailing Address:    Same as physical address

Furnished by:    **BERRY & ASSOCIATES**
2751 Buford Highway
Suite 600
Atlanta, Georgia 30324

Date:    July 7, 2025