**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

IN RE:                                      )   CASE NO. 24-40181
                                            )
TENEISHA LAGUAN GIBSON,                      )   CHAPTER 13
                                            )
     Debtor                                )   JUDGE: BEM

**MOTION TO SUSPEND PLAN PAYMENTS AND EMPLOYER DEDUCTION ORDER**

COMES NOW THE DEBTOR in the above-styled Chapter 13 case, by and through

counsel, and files this "Motion to Suspend Plan Payments and  Employer Deduction Order"

("Motion"), showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C.

Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United

States Code on February 6, 2024 and is eligible for relief under 11 U.S.C. §109.

5.

Since the filing of this case, Debtor's financial condition and ability to maintain her plan

payments has been materially affected.  Debtor's vehicle needs a new transmission, expected to cost

approximately $3,500.00.

6.

The Debtor requests the Court suspend her Chapter 13 Plan Payments and  Employer

Deduction Order for the months of June, July, and August 2026.  The Debtor expects to be able

to resume payments in September 2026. The suspension of Debtor's plan payments will not

cause a term problem and is in the best interest of all parties.

WHEREFORE, Debtor prays:

(a)  That this Motion be filed, read, and considered;

(b)  That this Honorable Court grant this Motion; and,

(c)  That this Honorable Court grant such further relief as it may deem just and proper.

_____/s/_____
Kelly Thomas
GA Bar No. 305227
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300
kthomas@mattberry.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-40181 |
| | ) | |
| TENEISHA LAGUAN GIBSON, | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | JUDGE: BEM |

**NOTICE OF MOTION, DEADLINE TO OBJECT AND HEARING**

　　**PLEASE TAKE NOTICE** that Debtor has filed a Motion to Suspend Plan Payments and Employer Deduction Order ("Motion") on May 22, 2026. Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at: **Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, Atlanta, Georgia 30303,** and serve a copy on the movant's attorney:  Berry & Associates, 2751 Buford Hwy, Suite 600, Atlanta, Georgia 30324, and any other appropriate persons by the objection deadline.  The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

　　A hearing on the Motion has been scheduled for **June 24, 2026.** The Court will hold a hearing on the Motion at **10:00 am** on **June 24, 2026** in Courtroom 342, United States Courthouse, 600 East First Street, Rome, Georgia, 30161, which must be attended in person, unless the Court orders otherwise.

　　If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

　　**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: May 22, 2026

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　Kelly Thomas
　　　　　　　　　　　　　　　　　　　　GA Bar No. 305227
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　BERRY AND ASSOCIATES
　　　　　　　　　　　　　　　　　　　　2751 Buford Hwy, Suite 600
　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30324
　　　　　　　　　　　　　　　　　　　　(404) 235-3300
　　　　　　　　　　　　　　　　　　　　kthomas@mattberry.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2026, I electronically filed the foregoing Motion to Suspend Plan Payments and Employer Deduction Order, and Notice of Deadline to Object and Hearing, with the Clerk of Court using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Berry & Associates

K. Edward Safir, Chapter 13 Trustee

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Teneisha L. Gibson
302 East 14th Street
Rome GA 30161

Kellanova
Attn: Payroll
401 Old Lindale Road
Rome GA 30161

(Plus to all Creditors on the attached Creditor Mailing Matrix)

This the 22nd day of May, 2026.

_____/s/_____

Kelly Thomas
GA Bar No. 305227
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

Label Matrix for local noticing
113E-4
Case 24-40181-bem
Northern District of Georgia
Rome
Fri May 22 11:24:41 EDT 2026

AmSher Collection Services
4524 Southlake Parkway
Suite 15
Birmingham, AL 35244-3271

American First Finance
Attn: Bankruptcy
PO Box 565848
Dallas, TX 75356-5848

American First Finance, LLC
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

Atrium Health
PO Box 1123
Minneapolis, MN 55440-1123

Matthew Thomas Berry
Matthew T. Berry & Associates
Suite 600
2751 Buford Highway, NE
Atlanta, GA 30324-5457

Bridgecrest Acceptance Corp
7300 East Hampton Avenue
Suite 100
Mesa, AZ 85209-3324

Bridgecrest Acceptance Corporation
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Bridgecrest Acceptance Corporation by AIS Po
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Bridgecrest Credit Company, LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Buddy's Home Furnishings
138 Market Square
Cartersville, GA 30120-2854

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Chime/Stride Bank
Attn: Bankruptcy
PO Box 417
San Francisco, CA 94104-0417

(p)FARMERS FURNITURE
ATTN CORPORATE CREDIT DEPT
PO BOX 1140
DUBLIN GA 31040-1140

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Teneisha Laguan Gibson
302 East 14th Street
Rome, GA 30161-6413

Internal Revenue Service
401 W. Peachtree St NW
Stop 334-D
Atlanta, GA 30308-3539

Richard B Maner
Richard B. Maner, P.C.
Suite 200
180 Interstate N Parkway
Atlanta, GA 30339-2106

Natiowide Recovery Service
Attn: Bankruptcy
5655 Peachtree Parkway
Norcross, GA 30092-2812

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

Carrie L Oxendine
Matthew T. Berry & Associates
Suite 600
2751 Buford Highway NE
Atlanta, GA 30324-5457

Peoples Fin
1013 Shorter Ave
Rome, GA 30165-4053

Redmond Chase Apartments
1349 Redmond Circle
Unit H-1
Rome, GA 30165-1344

Regional Acceptance Company
Attn: Bankruptcy
PO Box 1487
Wilson, NC 27894-1487

SWC Group
4120 International Parkway #100
Carrollton, TX 75007-1957

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1229

Kelly D. Thomas
Matthew T. Berry and Associates
Suite 600
2751 Buford Highway NE
Atlanta, GA 30324-5457

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

J. Mike Williams
Fowler Hein Cheatwood & Williams, P.A.
Suite 220 Park Central
2970 Clairmont Road
Atlanta, GA 30329-1638

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Caine & Weiner                          Farmers Home Furniture                  (d)Farmers Home Furniture
Attn: Bankruptcy                        Attn: Bankruptcy                        Attn: Corporate Credit Department
5805 Sepulveda Blvd 4th Floor           PO Box 1140                             P.O. Box 1140
Sherman Oaks, CA 91411                  Dublin, GA 31040                        Dublin, GA 31040


Georgia Department of Revenue
Bankruptcy Unit
1800 Century Blvd, NE, Ste 9100
Atlanta, GA 30345




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Redmond Circle, LLC, a/a/f Redmond Chase A     End of Label Matrix
                                                  Mailable recipients    28
                                                  Bypassed recipients     1
                                                  Total                  29